**GOODMAN LAW FIRM, APC**

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA  92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendant
National Credit Adjusters, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB KELINSKE,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC,<br><br>Defendant. | CASE NO.:  3:24-cv-02101-GPC-SBC<br><br>**DEFENDANT NATIONAL CREDIT ADJUSTER'S, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

1
NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 40.2, Defendant National Credit Adjusters, LLC, files its Disclosure Statement, and respectfully states:

National Credit Adjusters, LLC is owned by Fourth Avenue Holding, LLC. There is no publicly held corporation owning 10% or more interest of National Credit Adjusters, LLC.

Dated: December 9, 2024   **GOODMAN LAW FIRM, APC**

By: _/s/ Brett B. Goodman_
Brett B. Goodman
Attorneys for Defendant
National Credit Adjusters, LLC

**CERTIFICATE OF SERVICE**

I certify that on December 9, 2024, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: December 9, 2024

                                          By:  */s/ Brett B. Goodman*
                                                     Brett B. Goodman

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127